```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 12-40024 RLE** |
| **ALICE RENE OWENS,** | **Chapter 13** |
| Debtor. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

Commencing June 2012 and through January 2013 debtor will pay $962.00 per month to the Trustee. Beginning February 2013 and continuing thereafter, Debtor will pay $1,250.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: To make the plan feasible.

Dated: May 30, 2012

```
                                    /s/ Anne Y. Shiau
                                    ANNE Y. SHIAU
                                    Attorney for Debtor
```

Page 1 of 1